1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
2 | GREGORY F. HURLEY, Cal. Bar No. 126791
3 | ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4 | mchilleen@sheppardmullin.com
   650 Town Center Drive, 10th Floor
5 | Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6 | Facsimile:   714.513.5130

7 | Attorneys for Defendant,
   R & B Pizza, Inc. dba Little Caesars

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Travis Morgan,                              | Case No. **'21CV1320 AJB  AGS**                      |
|---------------------------------------------|------------------------------------------------------|
|        Plaintiff,                           | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**     |
|        v.                                   |                                                      |
| R & B Pizza, Inc. dba Little Caesars and Does 1-10, | San Diego Superior Court 37-2021-00026906-CU-CR-CTL |
|        Defendants.                          | Action Filed:  June 21, 2021<br>Trial Date:     None Set |

SMRH:4814-6609-9185.1                         NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA:

**PLEASE TAKE NOTICE** that defendant R & B Pizza, Inc. dba Little Caesars (Defendant") hereby removes to this Court the state court action described below:

## I.   FILING AND SERVICE OF THE COMPLAINT.

1. On June 21, 2021, plaintiff Travis Morgan ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of San Diego, Case No. 37-2021-00026906-CU-CR-CTL commenced filing a Complaint entitled *"Travis Morgan v. R & B Pizza, Inc. dba Little Caesars and Does 1-10."*

2. Defendant received a copy of the Summons and Complaint on June 25, 2021. True and correct copies of the Summons and Complaint and all other served documents are attached hereto as Exhibit "A".  Defendant has not yet responded to the Complaint.  To Defendant's knowledge, no other defendant has been named or served.  *See Salveson vs. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) (defendant need not join in or consent to the notice of removal if the nonjoining defendant has not been served with process in the state action at the time the notice of removal is filed.).

## II.   THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq.*  (Complaint ¶¶ 58-61; 63; 64; Prayer).

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of San Diego, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of San Diego.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of San Diego be removed to this Court.

Dated: July 22, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        /s/ *Gregory F. Hurley*
GREGORY F. HURLEY
Attorneys for Defendant,
R & B Pizza, Inc. dba Little Caesars