Center for Disability Access
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
<u>Mail</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (626) 765-7625

Attorneys for Plaintiff

UNITED STATES DISRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Travis Morgan**, | Case No. 3:21-cv-01320-AJB-AGS |
| Plaintiff, | **Order re: Joint Motion for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| v. | |
| **R & B Pizza, Inc., dba Little Caesars** and Does 1-10, | |
| Defendants. | |

1

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | A Limited Liability Partnership<br>Including Professional Corporations |
| 3 | GREGORY F. HURLEY, Cal. Bar No. 126791 |
| 4 | ghurley@sheppardmullin.com<br>MICHAEL J. CHILLEEN, Cal. Bar No. 210704 |
| 5 | mchilleen@sheppardmullin.com |
| 6 | 650 Town Center Drive, 10th Floor |
| 7 | Costa Mesa, California 92626-1993<br>Telephone: 714.513.5100 |
| 8 | Facsimile: 714.513.5130 |
| 9 | |
| 10 | Attorneys for Defendant, |
| 11 | R & B Pizza, Inc. dba Little Caesars |

TO THE COURT AND ALL INTERESTED PARTIES:

Plaintiff Travis Morgan and Defendant R & B Pizza, Inc., by and through undersigned counsel stipulate and jointly move that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated:  August 25, 2021

By:  s/ Michelle Uzeta
Michelle Uzeta, Esq.
Attorneys for Plaintiff
Email: uzetalaw@gmail.com

Dated:  August 25, 2021      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  s/Gregory F. Hurley
Gregory F. Hurley
Attorneys for Defendant,
R & B Pizza dba Little Caesars
Email: ghurley@sheppardmullin.com

**SIGNATURE ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                          Respectfully Submitted,

Dated:  August 25, 2021

                              By:   s/ Michelle Uzeta
                                            Michelle Uzeta, Esq.
                                            Attorneys for Plaintiff
                                            Email: uzetalaw@gmail.com