UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MORGAN,<br><br>Plaintiff<br><br>v.<br><br>R&B PIZZA, INC. and DOES 1-10,<br><br>Defendants | Case No.: 21cv1320 AJB AGS<br><br>ORDER GRANTING JOINT MOTION DISMISSING CASE |

Pursuant to the parties' joint motion, the Court grants dismissal of the above-entitled action with prejudice.  Each side bears its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  October 19, 2021

*/s/ Anthony J. Battaglia*
Hon. Anthony J. Battaglia
United States District Judge